
UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FELIX B. PRESCOTT, individually and as representative of the class,<br><br>       Plaintiff-Appellant,<br><br>v.<br><br>AMERICAN AUTOMOBILE ASSOCIATION and AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA, erroneously sued under AAA Auto Club of Southern California,<br><br>       Defendants-Appellees. | No. 15-55935<br><br>D.C. No. 2:13-cv-08953-MWF-PLA<br>Central District of California, Los Angeles<br><br><br>ORDER |

    The motion to file an amicus brief (Dkt. # 47) is GRANTED. Both parties may file supplemental briefs addressing *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016), within 21 days of the entry of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7